**Slip Op. 04-159**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: CARMAN, JUDGE**

|  |  |  |
|---|---|---|
| **FORMER EMPLOYEES OF MOHICAN MILLS, INC.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Court No. 04-00255** |
| **SECRETARY OF UNITED STATES DEPARTMENT OF LABOR,** | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the United States Department of Labor's determination in

*Mohican Mills, Inc., Lincolnton, NC; Notice of Revised Determination on Remand*, 69 Fed. Reg.

62,464 (October 26, 2004), issued in response to this Court's order of August 16, 2004, granting

voluntary remand; Plaintiffs' letter to this Court dated December 7, 2004, advising this Court that

Plaintiffs accepted the Department of Labor's remand determination; and all other pertinent

information, it is hereby

**ORDERED** that the Department of Labor's determination is affirmed; and it is further


**ORDERED** that all issues before the Court having been resolved, this case is dismissed.

SO ORDERED.


                                                    /s/ Gregory W. Carman
                                                    Gregory W. Carman



Dated:  December 15, 2004
New York, New York